ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 18 2009
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | No. 709-CR-030-0 |
| CHRISTOBAL MEZA III | § § | |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 22, 2009, in the Wichita Falls Division of the Northern District of Texas, **Christobal Meza III,** defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Mossberg 12 gauge shotgun with serial number L760489, said firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)).

Indictment - Page 1

## Count Two
### Felon in Possession of Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 22, 2009, in the Wichita Falls Division of the Northern District of Texas, **Christobal Meza III,** defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, that is, a box of 12 gauge Winchester shotgun shells, said ammunition having been shipped and transported in interstate commerce.

In violation of 18 U.S.C.§§ 922(g)(1) and 924(a)(2)).

A TRUE BILL

_____
FOREPERSON


JAMES T. JACKS
UNITED STATES ATTORNEY

_____
TALY HAFFAR
Assistant United States Attorney
Texas Bar No. 24038935
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8821
Facsimile: 214.767.0978
Email: taly.haffar@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOBAL MEZA, III

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of Ammunition

2 Counts

A true bill rendered

_____ _____
Dallas                                                   FOREPERSON

Filed in open court this ___18___ day of August, A.D., 2009.

-----------------------------------------------------------------------------------
                                                                              Clerk
**WARRANT TO ISSUE**
-----------------------------------------------------------------------------------
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint pending

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| Related Case Information | |
|---|---|
| Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No | |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: | |
| Search Warrant Case Number _____ | |
| R 20 from District of _____ | |
| Magistrate Case Number: | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes  ☐ No

   Defendant Name   CHRISTOBAL MEZA, III
   Alias Name   _____
   Address   _____
              _____

   County in which offense was committed:   Wichita Falls, Texas

   **RECEIVED AUG 18 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

2. **U.S. Attorney Information**

   **AUSA TALY HAFFAR**                    Texas Bar No. 24038935

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status WARRANT TO ISSUE**

   Arrest Date -

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   2   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 1 |
   | 18 U.S.C. § 922(g)(1) and 924(a)(2) | Felon in Possession of Ammunition | 2 |

   Date August 7, 2009          Signature of AUSA: _Taly Haffar_
                                                   TALY HAFFAR